**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7169**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

DAVID SERVIN-TERRASAS, a/k/a David Servin,

                    Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Danville.   Jackson L. Kiser, Senior District Judge.  (4:06-cr-00004-JLK-1)

Submitted: December 15, 2015        Decided: December 18, 2015

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Servin-Terrasas, Appellant Pro Se.   Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Servin-Terrasas appeals the district court's orders denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012), and denying his motion to reconsider.* We have reviewed the record and find no reversible error. See United States v. Mann, 709 F.3d 301, 304-05 (4th Cir. 2013) (reviewing the disposition of a § 3582(c)(2) motion for an abuse of discretion); United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010) (holding that the district court does not have authority to reconsider a prior order for a § 3582(c)(2) motion). Accordingly, we affirm the district court's denial of relief. United States v. Servin-Terrasas, No. 4:06-cr-00004-JLK-1 (W.D. Va. Mar. 23 and May 5, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* Servin-Terrasas' motion to reconsider was also a motion for downward departure.